## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JULIAN DALE KEY

      Petitioner,                          CASE NO. 5:07-CV-11507

v.                                 HONORABLE JOHN CORBETT O'MEARA
                                      UNITED STATES DISTRICT JUDGE

SHERRY BURT,

      Respondent.
_____/

## OPINION AND ORDER GRANTING PETITIONER
## AN EXTENSION OF TIME TO FILE AN APPEAL

On December 6, 2007, this Court issued an opinion and order denying petitioner's

application for habeas relief brought pursuant to 28 U.S.C. § 2254. *Key v. Burt,* No. 2007

WL 4303207 (E.D. Mich. December 6, 2007). This Court also denied petitioner a

certificate of appealability and leave to appeal *in forma pauperis. Id.* On January 14,

2008, petitioner filed a notice of appeal. The same day, petitioner filed a motion for a

certificate of appealability, which this Court denied on January 28, 2008. The matter is

on remand from the Sixth Circuit for a determination by this Court as to whether

petitioner should be granted an extension of time to file his appeal, based on the fact that

he had been transferred to another prison, which delayed his receipt of the Court's order

of December 6, 2007.

Fed.R.App.P. 4 (a)(1) states that a notice of appeal must be filed within thirty days

of the entry of the judgment or order from which the appeal is taken. This time limit is

mandatory and jurisdictional. *Browder v. Director, Department of Corrections of Illinois*,

434 U.S. 257, 264 (1978).  The failure of an appellant to timely file a notice of appeal

deprives an appellate court of jurisdiction. *Rhoden v. Campbell*, 153 F. 3d 773, 774 (6th

Cir. 1998).

However, Fed.R.App.P. 4 (a)(5)(A) indicates that a district court may extend the

time to file a notice of appeal if:

> (i) a party so moves no later than 30 days after the time prescribed by this
> Rule 4(a) expires; and
> (ii) that party shows excusable neglect or good cause.

In the present case, this Court issued an opinion and order denying the petition for

writ of habeas corpus on December 6, 2007.  Petitioner claims in his cover letter to his

motion for a certificate of appealability that he had been transferred from the Southern

Michigan Correctional Facility in Jackson, Michigan to the Straits Correctional Facility in

Kincheloe, Michigan, which caused him a weeks's delay in receiving this Court's opinion

and order denying habeas relief.

In the present case, petitioner is entitled to leave to file a late notice of appeal from

the Court's order denying his habeas petition, since petitioner did not receive timely

notice of the decision and no party would be prejudiced by allowing a late appeal in this

case. *United States ex. rel. Morgan v. Page,* 39 F. Supp. 2d 1103, 1104-1105 (N.D. Ill.

1999).

**ORDER**

**IT IS HEREBY ORDERED** that the motion for an extension of time to file an

appeal is **GRANTED.**


                                        s/John Corbett O'Meara
                                        United States District Judge


Date: July 1, 2008


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, July 1, 2008, by electronic and/or ordinary mail.


                                        s/William Barkholz
                                        Case Manager